UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY FERNANDES,<br><br>               Plaintiff,<br><br>   v.<br><br>YANEZ,<br><br>               Defendant. | No.  1:21-cv-01487-ADA-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br><br>(ECF No. 12) |

      Plaintiff Jerry Fernandes is a state prisoner proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.  (ECF Nos. 1, 7.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On July 25, 2023, the Magistrate Judge filed findings and recommendations, recommending this action be dismissed for Plaintiff's failure to prosecute and comply with a court order.  (ECF No. 12.)  Specifically, Plaintiff did not respond to the Court's June 9, 2023, screening order.  (*Id*.)  The findings and recommendations contained notice that objections were to be filed within fourteen days after service.  (*Id*. at 4.)  On August 1, 2023, the findings and recommendations were returned as undeliverable.  (*See* docket.)  Plaintiff was given over sixty-three days to provide the Court with a notice of an updated address and has failed to do so.  *See* L.R. 183(b).  Plaintiff also failed to file any objections to the findings and recommendations.

///

(*See* docket.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendation filed on July 25, 2023, (ECF No. 12), are ADOPTED in FULL;
2. This action is DISMISSED without prejudice for Plaintiff's failure to obey court orders and failure to prosecute; and
3. The Clerk of Court shall terminate any pending motions, close this case, and enter judgment against Plaintiff.

IT IS SO ORDERED.

Dated:    October 25, 2023

UNITED STATES DISTRICT JUDGE

2